# EXHIBIT "A"

9/14

| STATE OF INDIANA | ) | IN THE MONTGOMERY SUPERIOR COURT 1 |
|---|---|---|
| | )SS: | |
| MONTGOMERY COUNTY | ) | CAUSE NO. **54D01 1009** FL**-00327** |

STEPHANIE K. HOFFMAN,
    Plaintiff,

vs.

ROBERT W. JEDELE,
d/b/a JEDELE ENTERPRISES, INC.
MCDONALDS RESTAURANT,
    Defendants.



SEP 14 2010

## VERIFIED COMPLAINT

Comes now the Plaintiff, STEPHANIE K. HOFFMAN, and states for her complaint against Defendant as follows:

1. That Stephanie K. Hoffman was a part time employee of McDonald Restaurant.

2. That a co-worker "Carlos" also known as Ruben Fuentes Venegas, sexually assaulted her while they were on the job at McDonalds.

3. That Plaintiff, Stephanie K. Hoffman reported the assault to management and was told that a meeting would be held to discuss this matter. That Plaintiff, Stephanie K. Hoffman reported this matter to the Crawfordsville Police Department which investigated this assault, Mr. Venagas was then terminated from his employment at McDonalds and subsequently convicted of one count (1) of battery against Plaintiff, and a no contact order was put in place for one (1) year.

4. That soon after Plaintiff, Stephanie K. Hoffman reported this assault to the McDonalds Management, her hours were cut and she received harassment from management concerning her duties while employed and hours of work.

5. That due to the sexual assault from Mr. Venegas and the harassment Plaintiff suffered from the McDonalds management Stephanie K. Hoffman suffered an emotional breakdown and attempted to take her life.

6. Plaintiff, was treated at St. Clare Medical Center and subsequently transferred to Wabash

Valley Hospital for treatment, after being released Plaintiff contacted McDonalds to return to work and provided a note from her physician stating she could "Return to Work".

7. Plaintiff was subsequently terminated from employment from McDonalds for "unexcused absences" for the time she was hospitalized on account of the assault on the job.

WHEREFORE, Plaintiff prays that Defendant be found liable for Plaintiff's loss of employment, harassment, emotional duress, attorney fees, costs and expenses incurred by Plaintiff, all as a result of Defendant's actions; and such other relief as is proper in the premises.

I affirm under penalties for perjury, that the foregoing representations are true.

_____
STEPHANIE K. HOFFMAN

WERNLE, RISTINE & AYERS

BY_____
James E. Ayers
Attorney for Plaintiff